UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NINO,<br><br>    Plaintiff<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>    Defendants | CASE NO. 1:20-CV-306 AWI SKO<br><br>ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL AND ORDER DENYING AS MOOT PENDING MOTIONS<br><br>(Doc. Nos. 6, 8, 18) |

    On June 10 2020, the parties filed a stipulation to dismiss this case without prejudice. See Doc. No. 18. The stipulation is signed by the parties and also provides that Plaintiff is to expunge within fifteen days of this order the lis pendens that was filed in connection with this action. See id. The Court views the stipulation as a Rule 41(a)(1) stipulation.

    Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Here, the stipulation has the effect of terminating this case.  See Fed. R. Civ. P. 41(a)(1); Yesh Music, 727 F.3d at 362; Commercial Space, 193 F.3d at 1077.  As such, the Court will direct the Clerk to close this case.  However, the Court will also give effect to the stipulation and order Plaintiff to expunge the lis pendens.  Further, there are two motions to dismiss that are pending.  The stipulation and termination of this case moots those motions.  For administrative purposes, the Court will deny the motions to dismiss as moot.

Therefore, IT IS HEREBY ORDERED that :

1. The Clerk shall CLOSE this case in light of the parties' Rule 41(a)(1) stipulation for dismissal without prejudice;

2. The two motions to dismiss currently pending, Doc. No. 6 and Doc. No. 8, are DENIED as moot; and

3. Within fifteen (15) days of service of this order, Plaintiff shall expunge the Lis Pendens recorded on January 31, 2020, instrument number 000220014046 in the Office of the County Recorder of the County of Kern, California for the real property commonly known as 700 E. 3RD Street, Bakersfield, California 93307, Assessor's Parcel Number 139-294-26-00-0.

IT IS SO ORDERED.

Dated:  June 10, 2020                        _____
                                              SENIOR  DISTRICT  JUDGE