WRIGHT, FINLAY & ZAK, LLP
Joan C. Spaeder-Younkin, Esq., SBN 192235
Ryan Thomason, Esq., SBN 325621
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142

Attorneys for Defendant, WILMINGTON TRUST, NATIONAL ASSOCIATION, not in its individual capacity, but solely as trustee for MFRA TRUST 2016-1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NINO, an individual,<br><br>         Plaintiff,<br>   vs.<br><br>WELLS FARGO BANK, N.A., S/B/M TO WELLS FARGO BANK SOUTHWEST, N.A., a national association, formerly known as WACHOVIA MORTGAGE, FSB, a national association, formerly known as WORLD SAVINGS BANK, FSB, a national association; WILMINGTON TRUST, N.A., AS TRUSTEE OF MFRA TRUST 2016-1 C/O MFRESIDENTIAL ASSETS I, LLC, a Delaware Corporation; All Persons Unknown, Claiming Any Legal Or Equitable Right, Title, Estate, Lien, Or Interest In The Property Described In The Complaint Adverse To Plaintiffs Title, Or Any Cloud On Plaintiffs Title Thereto; and DOES 1 through 25, inclusive,<br><br>         Defendant. | Case No.: 1:20−CV−00306−AWI−SKO<br><br>*Removed From Kern County Superior Court Case No. BCV-20-100148*<br><br>**[PROPOSED] ORDER TO EXPUNGE LIS PENDENS DUE TO DISMISSAL**<br><br>**[Code of Civil Procedure section 405.50]** |

TO ALL PARTIES, INCLUDING BUT NOT LIMITED TO, ALL PERSONS DEALING WITH OR AFFECTED BY THE CONTENTS CONTAINED AND SET FORTH IN THIS INSTRUMENT:

1    On June 10, 2020, pursuant to the Stipulation of the Parties [Dkt. No. 18], this Court
2 confirmed the dismissal of the case and concurrently ordered Plaintiff to remove and expunge
3 the Notice of Pendency of Action recorded on January 31, 2020, Instrument Number
4 000220014046 in the Office of the County Recorder of the County of Kern, California for the
5 real property commonly known as 700 E. 3RD Street, Bakersfield, California 93307,
6 Assessor's Parcel Number 139-294-26-00-0 ("Lis Pendens"). [Dkt. No. 19.] Plaintiff was to
7 have done so by June 25, 2020. [Dkt. No. 19.] Plaintiff has not complied with the Court's
8 Order. Accordingly, good cause appearing,

9    **IT IS HEREBY ORDERED AS FOLLOWS**:

10   1.    The Notice of Pendency of Action recorded on January 31, 2020, Instrument
11 Number 000220014046 in the Office of the County Recorder of the County of Kern, California
12 for the real property commonly known as 700 E. 3RD Street, Bakersfield, California 93307,
13 Assessor's Parcel Number 139-294-26-00-0 is hereby **EXPUNGED**.

14   2.    The real property which is the subject matter of this Release and Withdrawal of
15 Lis Pendens as identified herein is the real property commonly known as and located at 700 E.
16 3RD Street, Bakersfield, California 93307 (the "Property"), Assessor's Parcel Number 139-294-
17 26-00-0, which property is legally described as follows:

> All that certain real property situated in the County of Kern, State of California, described as follows:
>
> All that portion of the North half of the Southwest Quarter of Section 32, Township 29 South, Range 28 East, M.D.M., In the County of Kern, State of California, as per the Official Plat thereof on file in the Office of the Surveyor General, described as follows:
>
> Beginning at a point which bears North 89° 33´ East, 2026.55 feet from a point on the West line of said Section, which bears North 0° 12´ East, 1944.9 feet from the Southwest corner of Section 32;
>
> Thence North 89° 33´ East, 120 feet;
>
> Thence North 0° 16´ East, 202.12 feet to the Southeast corner of Lot 48 of Tract 1271; as per map recorded August 29, 1945 in Book 5 Pages 108 and 109 of Maps, In the Office of the County Recorder of Kern County;

2
ORDER TO EXPUNGE LIS PENDENS

    Thence 89° 33´ West along the South Line of said Lot 48, a distance of 120 feet to the Southwest corner thereof,

    Thence South 0° 16´ West 202.12 feet to the point of beginning.

    Excepting therefrom the East 58 feet of South 200 feet thereof.

    Also excepting therefrom a strip of land along the South line thereof, 25 feet wide to be used for road purposes.

  3.  Pursuant to *California Code of Civil Procedure* § 405.60, upon the expiration of the time provided under *California Code of Civil Procedure* § 405.39, the Notice of Pendency of Action /Lis Pendens shall not constitute constructive or actual notice of any matter contained in it, or of any matters relating to this action, or create any duty of inquiry in any person dealing with the real property described in the Notice after the date of recordation of this Order.

IT IS SO ORDERED.

Dated: July 1, 2020           */s/ signature/*
                 SENIOR DISTRICT JUDGE